■ In the Matter of ADA SHARP, Appellant, v BARBARA A. DEBUONO, as Commissioner of New York State Department of Health, et al., Respondents. (Appeal No. 2.) [722 NYS2d 932] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Sharp v DeBuono* (278 AD2d 794 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Class Action.) Present—Pine, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.